United States District Court
Southern District of Texas
**ENTERED**
August 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **HELEN TYNE MAYFIELD,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-00225 |
| § | |
| **COMERICA BANK & CO**, *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER**

This matter came before the Court pursuant to Plaintiff's Notice of Removal. ECF No. 3. Plaintiff's removal was improper under 28 U.S.C. § 1441(a), which grants only defendants the ability to remove to federal court. Further, 28 U.S.C. § 1441(a) does not permit a plaintiff who is defending a counterclaim to remove. *See Home Depot U. S. A., Inc. v. Jackson*, 139 S. Ct. 1743, 1748 (2019).

This case is therefore **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed at Houston, Texas on August 14, 2023.

Keith P. Ellison
United States District Judge